

**U.S. Department of Justice**

Office of the United States Trustee

*Northern District of New York (Albany Division),*
*Southern District of New York (Poughkeepsie Division), and*
*District of Vermont*

*Leo O'Brien Federal Building*
*11A Clinton Ave Room 620*
*Albany, New York 12207*
*voice (518) 434-4553*
*fax   (518) 434-4459*

# MEMORANDUM

TO:      U.S. Bankruptcy Court

FROM:    Amy Hutzel, Legal Assistant

SUBJECT: Trustee Reassignment/ Conflict

Case Name: John L. Hodorowski

Case No.: 25-10589

DATE:    6/2/25

*************************************************************

Due to a conflict of interest, Paul Levine, Esq, cannot accept this case.

FOR COURT USE ONLY

The newly assigned trustee is: Michael OConnor-Trustee

The 341(a) meeting date is : 07/11/2025 at 9:00 a.m., in TR OConnor 341 Zoom Mtg., NY

Automation   ES        dated 06/02/2025
CA           TS        dated 06/02/2025
Financial    N/A       dated __/__/____