

**U.S. Department of Justice**

Office of the United States Trustee

*Northern District of New York (Albany Division),*
*Southern District of New York (Poughkeepsie Division), and*
*District of Vermont*

*Leo O'Brien Federal Building*
*11A Clinton Ave Room 620*
*Albany, New York 12207*
*voice (518) 434-4553*
*fax    (518) 434-4459*

# M E M O R A N D U M

TO:           U.S. Bankruptcy Court

FROM:    Amy Hutzel, Legal Assistant

SUBJECT:    Trustee Reassignment/ Conflict

Case Name:

Case No.:

DATE:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Due to a conflict of interest, _____, Esq, cannot accept this case.

FOR COURT USE ONLY

The newly assigned trustee is: _____

The 341(a) meeting date is : \_\_\_\_/\_\_\_\_/\_\_\_\_ at _____ .m, in _____, NY

Automation       _____ dated \_\_\_\_/\_\_\_\_/\_\_\_\_

CA                      _____ dated \_\_\_\_/\_\_\_\_/\_\_\_\_

Financial         _____ dated \_\_\_\_/\_\_\_\_/\_\_\_\_