

**U.S. Department of Justice**

Office of the United States Trustee

*Northern District of New York (Albany Division),*
*Southern District of New York (Poughkeepsie Division), and*
*District of Vermont*

---

*Leo O'Brien Federal Building*
*11A Clinton Ave Room 620*
*Albany, New York 12207*
*voice (518) 434-4553*
*fax    (518) 434-4459*

M E M O R A N D U M

TO:         U.S. Bankruptcy Court

FROM:       Amy Hutzel, Legal Assistant

SUBJECT:    Trustee Reassignment/ Conflict

           Case Name:

           Case No.:

DATE:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Due to a conflict of interest, _____, Esq, cannot accept this case.

FOR COURT USE ONLY

The newly assigned trustee is: _____

The 341(a) meeting date is : ____/____/____ at _____.m, in _____, NY

Automation   _____ dated ____/____/____

CA           _____ dated ____/____/____

Financial    _____ dated ____/____/____