Ezra Angrist and Michele Angrist
14 Kendra Court
Cohoes, New York 12047
Phone: 518-331-6686

June 10, 2025

**FILED**

JUN 2 0 2025

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Bankruptcy Court Clerk
James T. Foley US Courthouse
445 Broadway, Suite 330
Albany, NY 12207

Dear Sir or Madam,
We are writing to provide you with our updated address for case number: **25-10589-1-rel.**

We received a copy of the enclosed notice to our old address (84 Dubois Lane, Rexford 12148). Please update our address to:

**14 Kendra Court
Cohoes, New York 12047**

Thank you.

Ezra & Michele Angrist

*[signatures]*