**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:                                                                      :
                                                                                  :          Chapter 7
JOHN L. HODOROWSKI,                                       :
                                                                                  :          Case No. 25-10589 (REL)
                                            Debtor.             :
-----------------------------------------------------------x

**ORDER, PURSUANT TO FED. R. BANKR. P. 2004, AUTHORIZING THE TRUSTEE TO EXAMINE AND SEEK DOCUMENTS AND INFORMATION FROM THE DEBTOR'S BROTHER, PAUL C. HODOROWSKI**

Upon the application (the "Application")[1] of Fred Stevens, as Chapter 7 trustee (the "Trustee") of the bankruptcy estate of John L. Hodorowski, the above-captioned debtor (the "Debtor"), pursuant to Fed. R. Bankr. P. 2004, authorizing the Trustee to issue a subpoena in substantially the same form as that annexed to the Application as Exhibit A (the "Proposed Subpoena") upon Paul C. Hodorowski (the "Examinee" or "Paul") demanding the Examinee's appearance for an examination under oath and the production of all documents and things primarily related to the various businesses owned and operated, in whole or in part, by the Examinee and the Debtor; and a hearing on the Application having been held before this Court on August 27, 2025

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

(the "Hearing"); and sufficient notice of the relief sought in the Application and Hearing having been given to the Examinee; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Application is **GRANTED** as set forth herein; and it is further

**ORDERED** that pursuant to Bankruptcy Rules 2004 and 9016, the Trustee is authorized to serve subpoena(s) *duces tecum* (each a "Subpoena," collectively, the "Subpoenas") in substantially the same form as the Proposed Subpoena upon the Examinee; and it is further

**ORDERED** that the Examinee is directed to either timely comply with the terms of this Order and any Subpoena issued to him and timely produce the documents required to be produced under the Subpoena, or make a timely motion for a protective order or to quash the Subpoena; and it is further

**ORDERED** that unless otherwise ordered by this Court, the Subpoenas shall not seek the production or inspection of documents or things on less than fourteen (14) days' notice; and it is further

**ORDERED** that the Trustee shall serve a copy of this Order with any subpoena that it serves pursuant to this Order; and it is further

**ORDERED** that Subpoenas authorized by this Order may be served by the Trustee by FedEx, other nationally recognized overnight carrier, or any other method of service permitted under Bankruptcy Rule 9016 or by other means agreed to by the subpoenaed parties; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to any disputes that arise with respect to this Order, or any Subpoena issued hereunder.

###