**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:                                              :
                                                    :        Chapter 7
JOHN L. HODOROWSKI,                                 :
                                                    :        Case No. 25-10589 (REL)
                              Debtor.               :
-----------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 22nd day of July 2025, I served copies of:

- Trustee's Application for an Order, Pursuant to Fed. R. Bankr. P. 2004, Authorizing the Trustee to Examine and Seek Documents and Information from the Debtor's Brother, Paul C. Hodorowski, along with exhibits referenced therein [Docket No. 30]; and

- Notice of Hearing on the Trustee's Application for an Order, Pursuant to Fed. R. Bankr. P. 2004, Authorizing the Trustee to Examine and Seek Documents and Information from the Debtor's Brother, Paul C. Hodorowski [Docket No. 31]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon these parties listed on **Exhibit A**.

3. On the 22nd day of July 2025, I served copies of:

- Trustee's Application for an Order, Pursuant to Fed. R. Bankr. P. 2004, Authorizing the Trustee to Examine and Seek Documents and Information from Carmine DeCrescente, Jr., a/k/a C.J. DeCrescente, along with exhibits referenced therein [Docket No. 32]; and

- Notice of Hearing on the Trustee's Application for an Order, Pursuant to Fed. R. Bankr. P. 2004, Authorizing the Trustee to Examine and Seek Documents and Information from the Carmine DeCrescente, Jr., a/k/a C.J. DeCrescente [Docket No. 33]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon these parties listed on **Exhibit B**.

4.   On the 22nd day of July 2025, I served copies of:

- Trustee's Application for an Order, Pursuant to Fed. R. Bankr. P. 2004, Authorizing the Trustee to Examine and Seek Documents and Information from the Debtor's Brother, Paul C. Hodorowski, along with exhibits referenced therein [Docket No. 30];

- Notice of Hearing on the Trustee's Application for an Order, Pursuant to Fed. R. Bankr. P. 2004, Authorizing the Trustee to Examine and Seek Documents and Information from the Debtor's Brother, Paul C. Hodorowski [Docket No. 31];

- Trustee's Application for an Order, Pursuant to Fed. R. Bankr. P. 2004, Authorizing the Trustee to Examine and Seek Documents and Information from Carmine DeCrescente, Jr., a/k/a C.J. DeCrescente, along with exhibits referenced therein [Docket No. 32]; and

- Notice of Hearing on the Trustee's Application for an Order, Pursuant to Fed. R. Bankr. P. 2004, Authorizing the Trustee to Examine and Seek Documents and Information from the Carmine DeCrescente, Jr., a/k/a C.J. DeCrescente [Docket No. 33]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon these parties listed on **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: July 22, 2025

*/s/Kristen Strine*
Kristen Strine

## Exhibit A

Paul C. Hodorowski
217 Brittany Place
Schenectady, NY 12309

Paul C. Hodorowski
64 Antlers Drive
Lake George, NY 12845

Exhibit A - 1

## Schedule B

Carmine DeCrescente, Jr.
a/k/a C.J. DeCrescente
c/o City Edge, LLC
242 Broadway
Schenectady, NY 12305

Carmine DeCrescente, Jr.
a/k/a C.J. DeCrescente
c/o DeCrescente Distributing Company
211 North Main Street
Mechanicville, NY 12118

Exhibit B - 1

**Schedule C**

John L Hodorowski
110 Twenty West Dr
Altamont, NY 12009

Jonathan D. Warner
Warner & Warner, PLLC
6 Automation Lane
Suite 109
Albany, NY 12205

Office of the U.S. Trustee
Leo W. O'Brien Federal Building
11A Clinton Ave, Room 620
Albany, NY 12207

Scott H. Bernstein, Esq.
Law Offices of Scott H. Bernstein LLC
101 Eisenhower Parkway, Suite 300
Roseland, New Jersey 07068

Harris Beach Murtha Cullina PLLC
Kevin Tompsett, Esq.
99 Garnsey Road
Pittsford, New York 14534

RUPP PFALZGRAF LLC
Adam M. Brasky, Esq.
1600 Liberty Building
Buffalo, New York 14202-3694

Barry I. Siegel, Esq.
2000 Marcus Ave., Suite 1E9
Lake Success, NY 11042

Exhibit C - 1