UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 7 |
| JOHN L. HODOROWSKI, | Case No. 25-10589-rel |
| Debtor. | |

**STIPULATION AND ORDER EXTENDING DEADLINE
TO OBJECT TO THE DISCHARGEABILITY OF DEBT**

Broadview Federal Credit Union ("Broadview"), a creditor of the above-referenced debtor, by and through its counsel, Harris Beach Murtha Cullina PLLC, Kevin Tompsett, Esq., and John L. Hodorowski ("Debtor"), by and through his counsel, Warner & Warner, PLLC, Jonathan D. Warner, Esq., stipulate as follows:

1. Broadview's deadline to file an adversary proceeding objecting to the dischargeability of certain debt shall be extended to November 2, 2025.

2. The foregoing recitals are incorporated herein by reference.

HARRIS BEACH MURTHA
ATTORNEYS AT LAW

3. The United States Bankruptcy Court for the Eastern District of New York shall retain jurisdiction to hear any matters or disputes arising from or relating to this Stipulation.

4. The undersigned counsel each has authority to bind the respective Parties to this Stipulation.

5. This Stipulation constitutes the entire agreement between the Parties.

6. This Stipulation shall be enforced and construed under the laws of the State of New York.

NOW, THEREFORE, in consideration of the foregoing, it is hereby **ORDERED**:

7. The foregoing recital is incorporated herein by reference.

8. Broadview's deadline to file an adversary proceeding objecting to the dischargeability of certain debt is hereby extended to November 2, 2025.

9. The United States Bankruptcy Court for the Northern District of New York shall retain jurisdiction to hear any matters or disputes arising from or relating to this Stipulation.

10. The undersigned counsel each has authority to bind the respective Parties to this Stipulation.

11. This Stipulation constitutes the entire agreement between the Parties.

12. This Stipulation shall be enforced and construed under the laws of the State of New York.

Dated: August ___, 2025

HARRIS BEACH MURTHA CULLINA PLLC
Kevin Tompsett, Esq.
Attorneys for Broadview Federal Credit Union
99 Garnsey Road
Pittsford, New York  14534
(585) 419-8738

2

Dated: August 14th, 2025

                                            /s/ Jonathan D. Warner
WARNER & WARNER, PLLC
Jonathan D. Warner, Esq.
Attorneys for Debtor
6 Automation Lane, Suite 109
Albany, New York 12205
(518) 767-4522