

200 WEST 41ST STREET
17TH FLOOR
NEW YORK, NY 10036-7203
TELEPHONE (212) 972-3000
TELEFAX (212) 972-2245
WWW.KLESTADT.COM

FRED STEVENS
DIRECT: (212) 679-5342
EMAIL: FSTEVENS@KLESTADT.COM

August 19, 2025

**BY ECF & FEDERAL EXPRESS**
Honorable Robert E. Littlefield, Jr.
United States Bankruptcy Judge
U.S. Bankruptcy Court - NDNY
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany, NY  12207

Re: **In re John L. Hodorowski, USBC NDNY Case No. 25-10589 (REL)
Revised Proposed Order Granting Trustee's Application for Authority to
Examine Carmine DeCrescente, Jr. Pursuant to Fed. R. Bankr. P. 2004**

Dear Judge Littlefield:

I am the chapter 7 trustee (the "Trustee") of the bankruptcy estate of John L. Hodorowski, the above-referenced debtor (the "Debtor").

On July 21, 2025, the Trustee filed an application for authority to examine Carmine DeCrescente, Jr., a/k/a C.J. DeCrescente, under oath pursuant to Fed. R. Bankr. P. 2004 (the "Application") [Dkt. No. 32].  Mr. DeCrescente subsequently retained the firm of Whiteman Osterman & Hanna LLP as his counsel with respect to the Application.  The Trustee and Mr. DeCrescente's counsel have discussed certain issues and have come to an agreement on the terms of a proposed order granting the Application.

Attached for the Court's consideration ahead of the hearing on the Application scheduled for August 27, 2025, are: (i) the revised agreed form of proposed order granting the Application; and (ii) a blackline comparison of the new form of agreed proposed order against that originally proposed by the Trustee annexed to the Application as Exhibit "B".

*[Continued on the next page]*

**Honorable Robert E. Littlefield, Jr.**
**United States Bankruptcy Judge**
August 19, 2025
Page -2-

      If your Honor has any questions or concerns, please do not hesitate to contact our office. Otherwise, we can answer any questions that the Court may have at the hearing on these matters scheduled for August 27, 2025, at 9:15 a.m.  Thank you for your attention to this matter.

      Respectfully submitted,

      */s/ Fred Stevens*

      Fred Stevens

Attachments

cc (by email):
    Justin A. Heller
    Matthew M. Zapala
    Whiteman Osterman & Hanna LLP
    *Counsel to Proposed Examinee, C.J. DeCrescente*