**FRED STEVENS, CHAPTER 7 TRUSTEE**
c/o Klestadt Winters Jureller
  Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                                            :
                                                                 :    Chapter 7
JOHN L. HODOROWSKI                                               :
                                                                 :    Case No. 25-10589 (REL)
                                    Debtor.                      :
-----------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF SECTION 341(a) MEETING OF CREDITORS

**PLEASE TAKE NOTICE,** that the Section 341(a) meeting of creditors (the "Meeting") in the above-captioned chapter 7 case, originally scheduled to be conducted on August 26, 2025, at 3:00 p.m. (EST), by Fred Stevens, the Chapter 7 trustee (the "Trustee"), has been rescheduled to:  **September 23, 2025, at 3:00 p.m. (EST)** (the "Meeting").

**PLEASE TAKE FURTHER NOTICE,** that the Meeting will be held virtually via Zoom conference only, using the following log-in instructions:

| | |
|---|---|
| **Website:** | Zoom.us/join |
| **Meeting ID:** | 313 193 2089 |
| **Passcode:** | 5923670847 |

Dated:   New York, New York
         August 22, 2025

                                                              */s/Fred Stevens*
                                                              FRED STEVENS
                                                              CHAPTER 7 TRUSTEE