UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:

JOHN L. HODOROWSKI,                                                    Chapter 7

                    Debtor.                                    Case No. 25-10589

---

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned, Brian D. Roy, Esq., and Harris Beach Murtha Cullina PLLC, appear in the above-captioned case on behalf of Broadview Federal Credit Union f/k/a Capital Communications Federal Credit Union ("Broadview") and pursuant to Bankruptcy Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedures, as well as 1109(b) of the Bankruptcy Code, request that all notice given or required to be given, and all papers served in this bankruptcy case, be delivered to, and served upon, the parties identified below at the following address:

        Brian D. Roy, Esq.
        Harris Beach Murtha Cullina PLLC
        333 W. Washington Street, Suite 200
        Syracuse, New York 13202
        Telephone: (315) 423-7100
        Email: broy@harrisbeachmurtha.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referenced in the aforementioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service shall not be deemed to be a waiver of Broadview's right (1) to have final orders in no-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these bankruptcy cases or any case, controversy, or proceeding related to these bankruptcy case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which Broadview is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Broadview expressly reserves.

Respectfully submitted,

*/s/ Brian D. Roy, Esq.*
Brian D. Roy, Esq.
HARRIS BEACH MURTHA CULLINA PLLC
333 W. Washington Street, Suite 200
Syracuse, New York 13202
Telephone: (315) 423-7100
Email: broy@harrisbeachmurtha.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2025, a true and correct copy of the foregoing Notice of Appearance was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned case and mailed to the below parties via first class mail:

John L Hodorowski
110 Twenty West Dr.
Altamont, New York  12009

Jonathan D. Warner, Esq.
Warner & Warner, PLLC
6 Automation Lane
Suite 109
Albany, New York  12205

Paul Arthur Levine, Esq.
Ch. 7 Trustee
677 Broadway
8th Floor
Albany, New York  12207

U.S. Trustee
Office of the U.S. Trustee
Leo W. O'Brien Federal Building
11A Clinton Ave, Room 620
Albany, New York  12207

Scott H. Bernstein, Esq.
Law Offices of Scott H. Bernstein LLC
101 Eisenhower Parkway, Suite #300
Roseland, New Jersey  07068

Attn: Ford Motor Credit Company LLC Department
AIS Portfolio Services, LLC
Account: XXXX1059
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, Oklahoma  73118

/s/ Brian D. Roy
Brian D. Roy, Esq.

HARRIS BEACH
ATTORNEYS AT LAW
426839\4915-3338-0204\ v1