UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:

JOHN L. HODOROWSKI

Debtor.

Chapter 7

Case No.: 25-10589-rel

---

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney will appear as counsel on behalf of Creditors Erza Angrist and Michele Angrist, in the above-entitled action, and hereby demands service of all prior and future papers including notices of all proceedings in said action, all written communications of pleadings, motions, responses to motions, notices and/or other papers.

Dated:   Albany, New York
         October 10, 2025

                          **HODGSON RUSS** LLP
                          *Attorneys for Creditors*
                          Ezra Angrist and Michele Angrist

                          By: *s/Christian J. Soller*
                                Christian J. Soller
                          677 Broadway, Suite 401
                          Albany, New York 12207
                          Telephone: 518.433.2445