So Ordered.

Signed this 16 day of December, 2025.



*Patrick G. Radel*
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

JOHN L. HODOROWSKI,          CHAPTER 7

    Debtor.          CASE NO. 25-10589 (pgr)

## ORDER AUTHORIZING EXAMINATION OF DEBTOR
## PURSUANT TO FRBP RULE 2004

Upon consideration of the Motion (the "Motion") by Broadview Federal Credit Union f/k/a Capital Communications Federal Credit Union ("Broadview") for an Order: (i) directing John L. Hodorowski ("Debtor") to appear for examination pursuant to Fed. R. Bank. P. 2004; (ii) compelling the Debtor to provide certain documents as identified in Exhibit J to the Motion; (iii) extending the time to file a complaint objecting to discharge pursuant to Fed. R. Bank. P. 4004(b), or dischargeability of debt pursuant to Fed. R. Bank. P. 4007(c) until sixty (60) days after

conclusion of the Debtor's 2004 examination; and (iv) for such other and further relief as to this Court may seem just and proper (the "Motion"); and the Debtor having filed opposition to the relief requested in the Motion, and after due deliberation, it is hereby

**ORDERED**, that Broadview's Motion is hereby granted as set forth below; and it is further

**ORDERED**, that the examination of the Debtor shall be held at a mutually agreeable time, date, and location, and the scope of the examination shall include but not be limited to Debtor's knowledge of, management, duties, role and involvement with J. Luke Construction Co., LLC ("J. Luke"), the financial affairs of J. Luke, and the disposition of Broadview's Collateral and the Forklift[1] of J. Luke, within the scope permitted by Rule 2004(b); and it is further

**ORDERED**, that the Debtor shall produce the documents contained in Exhibit J attached to the Motion to Harris Beach Murtha Cullina PLLC, attention Brian D. Roy, Esq., 333 W. Washington Street, Suite 200, Syracuse, New York 13202, for his receipt of the same within twenty (20) days after entry of this Order, and it is further

**ORDERED**, that the examination of the Debtor shall take place within fifteen (15) days after Broadview's counsel's receipt of the documents requested in Exhibit J attached to the Motion, unless such time frame is mutually agreed to in writing by counsel to Broadview and Debtor's counsel; and it is further

**ORDERED**, that Broadview is granted an extension of time to file an adversary proceeding objecting to the dischargeability of certain debt, pursuant to Fed. R. Bank. P. 4007(c), until sixty (60) days after conclusion of the Debtor's 2004 examination; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to any disputes that arise with respect to this Order.

###

---

[1] "Collateral" and "Forklift" as defined in the Motion.