**FRED STEVENS, CHAPTER 7 TRUSTEE**
c/o Klestadt Winters Jureller
  Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re                                                    :
                                                         :        Chapter 7
JOHN L. HODOROWSKI                                       :
                                                         :        Case No. 25-10589 (REL)
                        Debtor.                          :
-----------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF SECTION 341(a) MEETING OF CREDITORS

**PLEASE TAKE NOTICE,** that the Section 341(a) meeting of creditors (the "Meeting") in the above-captioned chapter 7 case, originally scheduled to be conducted on January 20, 2026, at 3:00 p.m. (EST), by Fred Stevens, the Chapter 7 trustee (the "Trustee"), has been rescheduled to: **February 24, 2026, at 3:00 p.m. (EST)** (the "Meeting").

**PLEASE TAKE FURTHER NOTICE,** that the Meeting will be held virtually via Zoom conference only, using the following log-in instructions:

|  |  |
|---|---|
| **Website:** | Zoom.us/join |
| **Meeting ID:** | 313 193 2089 |
| **Passcode:** | 5923670847 |

Dated:   New York, New York
             January 16, 2026

                                    */s/Fred Stevens*
                                    FRED STEVENS
                                    CHAPTER 7 TRUSTEE