UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 7 |
| JOHN L. HODOROWSKI, | Case No. 25-10589-rel |
| Debtor. | |

## STIPULATION AND ORDER EXTENDING DEADLINE
## TO PRODUCE DOCUMENTS

Broadview Federal Credit Union ("Broadview"), a creditor of the above-referenced debtor, by and through its counsel, Harris Beach Murtha Cullina PLLC, Brian D. Roy, Esq., and John L. Hodorowski ("Debtor", Broadview and Debtor, collectively, the "Parties"), by and through his counsel, Warner & Warner, PLLC, Jonathan D. Warner, Esq., stipulate as follows:

1. On December 17, 2025, the Bankruptcy Court entered an *Order Authorizing Examination of Debtor Pursuant to FRBP Rule 2004* (the "2004 Exam Order") which, among other things, required the Debtor to produce the documents contained in Exhibit J attached to the Motion[1] to Broadview's counsel within twenty (20) days after entry of the Order.

2. The Parties agree that Debtor's deadline to produce the documents contained in Exhibit J attached to the Motion, as set forth in the Order, shall be extended to February 1, 2026.

3. All other provisions and deadlines set forth in the Order shall remain in place and are not changed or altered by this Stipulation and Order.

4. The United States Bankruptcy Court for the Northern District of New York shall retain jurisdiction to hear any matters or disputes arising from or relating to this Stipulation.

5. The undersigned counsel each has authority to bind the respective Parties to this Stipulation.

6. This Stipulation constitutes the entire agreement between the Parties.

7. This Stipulation shall be enforced and construed under the laws of the State of New York.

NOW, THEREFORE, in consideration of the foregoing, it is hereby **ORDERED**:

8. The foregoing recital is incorporated herein by reference.

9. Debtor's deadline to produce the documents contained in Exhibit J attached to the Motion, as set forth in the Order, shall be extended to February 1, 2026.

10. All other provisions and deadlines set forth in the Order shall remain in place and are not changed or altered by this Stipulation and Order.

11. The United States Bankruptcy Court for the Northern District of New York shall retain jurisdiction to hear any matters or disputes arising from or relating to this Stipulation.

---

[1] As defined in the Order.

2

12. The undersigned counsel each has authority to bind the respective Parties to this Stipulation.

13. This Stipulation constitutes the entire agreement between the Parties.

14. This Stipulation shall be enforced and construed under the laws of the State of New York.

Dated: January 19, 2026

_____
HARRIS BEACH MURTHA CULLINA PLLC
Brian D. Roy, Esq.
Attorneys for Broadview Federal Credit Union
333 W. Washington Street, Suite 200
Syracuse, New York 13202
(315) 423-7100

Dated: January 15th, 2026

_____
WARNER & WARNER, PLLC
Jonathan D. Warner, Esq.
Attorneys for Debtor
6 Automation Lane, Suite 109
Albany, New York 12205
(518) 767-4522