

200 West 41st Street
17th Floor
New York, NY 10036-7203
Telephone (212) 972-3000
Telefax (212) 972-2245
WWW.KLESTADT.COM

Fred Stevens
direct: (212) 679-5342
email: FSTEVENS@KLESTADT.COM

February 3, 2026

**BY ECF & FEDERAL EXPRESS**
Honorable Patrick G. Radel
United States Bankruptcy Judge
U.S. Bankruptcy Court - NDNY
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany, NY  12207

Re:    In re John L. Hodorowski, USBC NDNY Case No. 25-10589 (REL)
       <u>Revised Proposed Order Granting Trustee's Application for Authority to
       Examine ICPD Holdings, LLC Pursuant to Fed. R. Bankr. P. 2004</u>

Dear Judge Radel:

I am the chapter 7 trustee (the "<u>Trustee</u>") of the bankruptcy estate of John L. Hodorowski, the above-referenced debtor (the "<u>Debtor</u>").

On January 9, 2026, the Trustee filed an application for authority to examine ICPD Holdings, LLC ("<u>ICPD</u>"), under oath pursuant to Fed. R. Bankr. P. 2004 (the "<u>Application</u>") [Dkt. No. 67].  ICPD subsequently retained the firm of Whiteman Osterman & Hanna LLP as its counsel with respect to the Application.  The Trustee and ICPD's counsel have discussed certain issues and have come to an agreement on the terms of a proposed order granting the Application.

Attached for the Court's consideration ahead of the hearing on the Application scheduled for February 10, 2026, are: (i) the revised agreed form of proposed order granting the Application; and (ii) a blackline comparison of the new form of agreed proposed order against that originally proposed by the Trustee annexed to the Application as Exhibit "B".

*[Continued on the next page]*

**Honorable Patrick G. Radel**
**United States Bankruptcy Judge**
February 3, 2026
Page -2-

      If your Honor has any questions or concerns, please do not hesitate to contact our office. Otherwise, we can answer any questions that the Court may have at the hearing on these matters scheduled for February 10, 2026, at 10:00 a.m. Thank you for your attention to this matter.

                Respectfully submitted,

                */s/ Fred Stevens*

                Fred Stevens

Attachments

cc (by email):
    Justin A. Heller
    Whiteman Osterman & Hanna LLP
    *Counsel to Proposed Examinee, ICPD*