# FRED STEVENS
CHAPTER 7 TRUSTEE
200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NY 10036
TELEPHONE: (212) 972-3000

May 5, 2026

**BY: ELECTRONIC FILING**

Clerk of the Court
United States Bankruptcy Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany, NY  12207

**Re:** **In re John L. Hodorowski, Case No. 25-10589 (PGR)**

Dear Sir/Madam,

I am the Trustee for the above-referenced Chapter 7 case.

After careful examination of the financial affairs of the Debtor, it appears there may be assets in this case for distribution to creditors.  Please establish a deadline for filing proofs of claim and send notice to all creditors advising them of the possibility of payment of a dividend.

Thank you for your assistance in this matter.

Very truly yours,

Fred Stevens
*Chapter 7 Trustee*