So Ordered.

Signed this 14 day of August, 2026.

Patrick G. Radel
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| JOHN L. HODOROWSKI, | : | |
| | : | Case No. 25-10589 (PGR) |
| Debtor. | : | |

**ORDER PURSUANT TO FED. R. BANKR. P. 9019, APPROVING STIPULATION RESOLVING ALL CLAIMS AND CONTROVERSIES BETWEEN THE TRUSTEE AND ICPD HOLDINGS LLC REGARDING CERTAIN TRANSFERS**

Upon the motion (the "Motion") of Fred Stevens, in his capacity as Chapter 7 trustee (the "Trustee") of the estate of John L. Hodorowski, the above-captioned debtor (the "Debtor"), for entry of an order, pursuant to Fed. R. Bankr. P. 9019, approving a certain settlement agreement (the "Settlement Agreement") by and between by and between (A) the Trustee, and (B) ICPD Holdings, LLC ("ICPD" and together with the Trustee, the "Parties"), a copy of which was attached to the Motion as Exhibit "B"; and due and proper notice of the Motion and hearing thereon having been given to all creditors and parties in interest as required by Fed. R. Bankr. P. 2002; and it appearing that no other or further notice need be provided; and the Court having determined that

the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** to the extent provided herein.

2. The Settlement Agreement is approved in all respects, and the Parties are fully authorized and directed to consummate the terms thereof.

3. This Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order and the Settlement Agreement.

###