UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:
John L. Hodorowski — Bk No. 25-10589-1-PGR

Debtor. — Chapter 7

**NOTICE OF MOTION TO LIFT AUTOMATIC STAY**

PLEASE TAKE NOTICE that M&T Bank ("M&T"), a secured creditor, will move this Court on the 15th day of October, 2026 at 10:00 a.m., or as soon thereafter as counsel can be heard, before the Hon. Patrick G. Radel, United States Bankruptcy Judge, at the United States Bankruptcy Court, Northern District of New York, the James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York 12207 for an Order granting relief from the automatic stay under 11 U.S.C. Section 362(d) on the grounds set forth in the attached Motion and for such other and further relief as the Court may deem proper.

Appearances can be in-person or telephonically. The hearing will be held at the above-referenced address or by video via Teams, for which pre-registration is required by 3:00 PM one business day before the hearing. Go to https://www.nynb.uscourts.gov/Remote-Hearing-Appearances.

**IF YOU INTEND TO OPPOSE THIS MOTION, WRITTEN OPPOSITION MUST BE FILED WITH THE CLERK OF THE COURT AND SERVED ON MOVANT'S COUNSEL AT LEAST SEVEN (7) DAYS PRIOR TO THE RETURN DATE. IF YOU DO NOT FILE AND SERVE WRITTEN OPPOSITION, NO HEARING WILL BE HELD ON THE RETURN DATE AND THE COURT MAY GRANT THE MOTION AS UNOPPOSED**

DATED: Buffalo, New York
August 20, 2026

M&T BANK

By: /s/ Tyler J. O'Neill________

Tyler J. O'Neill
*In-house counsel for M&T Bank*
One M&T Plaza, 8th Floor
Buffalo, New York 14203
Tel. (716) 374-4901
Email: toneill3@mtb.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:
John L. Hodorowski — Bk No. 25-10589-1-PGR

Debtor. — Chapter 7

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

M&T Bank ("M&T"), by and through in-house counsel Tyler J. O'Neill, Esq., for its Motion for Relief from the Automatic Stay, states as follows:

1. On May 23, 2025, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Filing").

2. The Debtor is indebted to M&T, which indebtedness is evidenced by a Term Note (the "Note") dated October 31, 2019, for the original principal sum of $425,000.00 plus interest therein as provided for in the Note, a copy of which is attached hereto as **Exhibit A**.

3. The Note is secured by a mortgage (the "Mortgage") granted by Hodorowski Holdings LLC on the property commonly known as Elm Avenue and Malden Avenue, Delmar, New York 12054 (the "Premise"). A copy of the Mortgage is attached hereto as **Exhibit B**.

4. On April 25, 2025, M&T Bank commenced a foreclosure action In the Supreme Court of the State of New York, County of Albany, under Index No. 904268-25. The Debtor is a named defendant in that action. Following the Debtor's Filing, continuation of the foreclosure action against the Debtor became subject to the automatic stay imposed by 11 U.S.C. § 362(a).

5. M&T has filed three proof of claims in this bankruptcy case and seeks relief solely to continue liquidation of the Premise in the pending foreclosure action.

6. Cause exists under 11 U.S.C. § 362(d)(1) to modify the automatic stay because M&T seeks only to continue the prepetition foreclosure action involving the Premise securing its claim. The foreclosure action was commenced prior to the Filing and cannot proceed to judgment and sale while the stay remains in effect. Absent stay relief, M&T will continue to be prejudiced in its efforts to realize upon its collateral.

7. Stay relief will allow the parties' rights concerning the mortgaged premises to be adjudicated in the already-pending state court action and will promote judicial economy. Moreover, continuation of the foreclosure action will preserve M&T's rights and remedies under applicable state law, including preserving its ability to seek a deficiency judgment if otherwise permitted under state law and if the Debtor's bankruptcy case is dismissed or closed without entry of a discharge. M&T recognizes that any discharge entered in this case would affect its ability to pursue the Debtor personally on any deficiency claim.

8. The Note has been accelerated and the outstanding balance as of August 13, 2026, is $98,372.46.

9. Based on the foregoing, sufficient cause exists to grant M&T relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(1) to proceed with the foreclosure against the Premise under the Mortgage and Note.

WHEREFORE, M&T respectfully requests entry of an order granting it relief from the automatic stay to exercise its rights against the Premise described herein and proceed with the state-court foreclosure and sale of the Premise, including entry of judgment, foreclosure sale, transfer of title, and all related proceedings under applicable state law, granting relief under Federal Rules of Bankruptcy Procedure 4001(a)(3) waiving the fourteen day stay period after entry of the order, and for such other and further relief as the Court deems just and proper.

DATED: Buffalo, New York
August 20, 2026

M&T BANK

By: /s/ Tyler J. O'Neill
Tyler J. O'Neill
*In-house counsel for M&T Bank*
One M&T Plaza, 8th Floor
Buffalo, New York 14203
Tel. (716) 374-4901
Email: toneill3@mtb.com