So Ordered.

Signed this 9 day of September, 2026.

Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re: | Chapter 7

JOHN L. HODOROWSKI, | Case No. 25-10589

Debtor.

**STIPULATION AND ORDER EXTENDING DEADLINE TO PRODUCE DOCUMENTS**

Broadview Federal Credit Union ("Broadview"), a creditor of the above-referenced debtor, by and through its counsel, Harris Beach Murtha Cullina PLLC, Brian D. Roy, Esq., and John L. Hodorowski ("Debtor", Broadview and Debtor, collectively, the "Parties"), by and through his counsel, Warner & Warner, PLLC, Jonathan D. Warner, Esq., stipulate as follows:

1. On December 17, 2025, the Bankruptcy Court entered an *Order Authorizing Examination of Debtor Pursuant to FRBP Rule 2004* (the "2004 Exam Order") which, among other things, required the examination of the Debtor to take place within fifteen (15) days after Broadview's counsel's receipt of documents requested in Exhibit J (the "Document Demands") attached to the Motion[1].

2. Broadview's counsel has received various documents from Debtor's counsel in response to the Document Demands attached to the Motion. Debtor is currently reviewing his books and records to determine if there are any other documents responsive to the Documents Demands and to provide formal responses to the Document Demands.

3. The Parties agree that Debtor's deadline to provide formal responses to the Document Demands is October 15, 2026.

4. The Parties also agree that the deadline to conduct the examination of the Debtor shall be extended to November 15, 2026.

5. All other provisions and deadlines set forth in the 2004 Exam Order shall remain in place and are not changed or altered by this Stipulation and Order.

6. The United States Bankruptcy Court for the Northern District of New York shall retain jurisdiction to hear any matters or disputes arising from or relating to this Stipulation.

7. The undersigned counsel each has authority to bind the respective Parties to this Stipulation.

8. This Stipulation constitutes the entire agreement between the Parties.

9. This Stipulation shall be enforced and construed under the laws of the State of New York.

NOW, THEREFORE, in consideration of the foregoing, it is hereby **ORDERED**:

---

1 As defined in the 2004 Exam Order.

10. The foregoing recital is incorporated herein by reference.

11. Debtor's deadline to provide formal responses to the Document Demand is October 15, 2026.

12. Broadview's deadline to conduct the examination of the Debtor, as set forth in the 2004 Exam Order, shall be extended to November 15, 2026.

13. All other provisions and deadlines set forth in the 2004 Exam Order shall remain in place and are not changed or altered by this Stipulation and Order.

14. The United States Bankruptcy Court for the Northern District of New York shall retain jurisdiction to hear any matters or disputes arising from or relating to this Stipulation.

15. The undersigned counsel each has authority to bind the respective Parties to this Stipulation.

16. This Stipulation constitutes the entire agreement between the Parties.

17. This Stipulation shall be enforced and construed under the laws of the State of New York.

Dated: ~~August~~ September 8, 2026

HARRIS BEACH MURTHA CULLINA PLLC
Brian D. Roy, Esq.
Attorneys for Broadview Federal Credit Union
333 W. Washington Street, Suite 200
Syracuse, New York 13202
(315) 423-7100

Dated: ~~August~~ September 8th, 2026

WARNER & WARNER, PLLC
Jonathan D. Warner, Esq.
Attorneys for Debtor
6 Automation Lane, Suite 109
Albany, New York 12205
(518) 767-4522

###