So Ordered.

Signed this 3 day of November, 2026.

Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

John L. Hodorowski — Bk No. 25-10589-1-PGR

Debtor. — Chapter 7

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

Upon the motion of M&T Bank ("Movant") for an order terminating the automatic stay as to permit it to foreclose and sell the real property known as Elm Avenue and Malden Avenue, Delmar, New York 12054 (the "Premise") and a hearing on the motion having been noticed to be heard on October 15, 2026, and there being no opposition and, therefore, no hearing held pursuant to the default motion procedure of LBR 9013-3(a) now upon due deliberation having been had, now it is hereby

ORDERED, that the stay is modified so as to permit M&T Bank to continue with its state-court foreclosure action regarding the Premise, and it is further

ORDERED, that notices and communications may be sent directly to the debtor as required by law; and it is further

ORDERED, that the stay as provided under Federal Rules of Bankruptcy Procedure 4001(a)(3), shall not apply in this case.

####