**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

333 WEST WASHINGTON STREET
SUITE 200
SYRACUSE, NEW YORK 13202
315.423.7100

**BRIAN D. ROY**
MEMBER
DIRECT: (315).214.2052
FAX: 315.422.9331
BROY@HARRISBEACHMURTHA.COM

November 4, 2026

**VIA CM/ECF**

Hon. Patrick G. Radel
U.S. Bankruptcy Court Judge
Northern District of New York
10 Broad Street
Utica, NY 13501

RE: In re John L. Hodorowski; Case No. 25-10589

Dear Judge Radel:

My firm represents Broadview Federal Credit Union f/k/a Capital Communications Federal Credit Union ("Broadview") in the above-referenced action. On December 16, 2025, this Court entered an Order granting Broadview's motion for an examination of the Debtor (the "2004 Exam") pursuant to FRBP 2004 (the "Order") [Dkt. No. 65]. The Order provided: (a) that Debtor was to produce documents responsive to Broadview's document demands within 20 days of entry of the Order; (b) the 2004 Exam was to take place within 15 days after Broadview's receipt of the documents; and (c) Broadview's deadline to file an adversary proceeding objecting to the dischargeability of certain debt was extended through 60 days after the Debtor's examination.

Thereafter, Broadview and Debtor entered into multiple Stipulations and Orders extending the deadline to produce documents and the deadline to conduct the 2004 Exam. Broadview received documents provided by Debtors' counsel in or around May or June of 2026; however, Debtor did not provide formal responses to Broadview's various document demands. Accordingly, I requested Debtor's counsel to provide formal responses to Broadview's document demands so that Broadview could determine, among other things, whether responsive documents existed but were not being produced for certain reasons, what documents Debtor had in its control as opposed to documents not in Debtor's control, and which document requests the documents that were actually produced were responsive to.

The last Stipulation and Order in relation to the Order was filed on September 9, 2026 and provided that Debtor's deadline to provide formal responses to the document demands was October 15, 2026 and the deadline to conduct the 2004 Exam was extended to November 15, 2026 [Dkt. No. 98]. On October 8, 2026, Debtor's counsel filed a letter stating that his office has provided all the information that Debtor possesses in relation to the document demands [Dkt. No. 99]. While the October 8, 2026 letter is not a formal response to Broadview's document demands, it is apparent that Debtor will not be producing any additional documents in response to Broadview's document demands.

As a result, beginning on October 12, 2026, I reached out to Debtor's counsel multiple times to determine whether Debtor is available on November 10 or 11 for the 2004 Exam. Debtor's counsel recently informed me that the Debtor is not available for a 2004 Exam prior to November 15, 2026.

Accordingly, Broadview is respectfully requesting a conference with the Court on or before November 12, 2026 to discuss the above and to request that the Court set a date certain by which the 2004 Exam must be completed and the Debtor to appear.

I thank the Court for its consideration of the above request.

Respectfully,

Brian D. Roy

cc: Jonathan D. Warner, Esq. (via CM/ECF)